1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  ELIAZAR GONZALEZ CHAVEZ, | Case No. 1:24-cv-01032-EPG-HC |
| 12  Petitioner, | ORDER DIRECTING ATTORNEY FRIEND TO FILE PETITION TO PRACTICE IN |
| 13  v. | EASTERN DISTRICT OR FILE NOTICE OF SUBSTITUTION OF COUNSEL, |
| 14  MOISES BECERRA, et al., | DIRECTING RESPONDENTS TO FILE A RESPONSE TO PETITIONER'S MOTION |
| 15  Respondents. | TO AMEND, AND DIRECTING CLERK OF COURT TO SERVE ORDER ON OFFICE |
| 16 | OF THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF |
| 17 | CALIFORNIA |

18

19    Petitioner Eliazar Gonzalez Chavez, represented by counsel, is a federal immigration

20 detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

21    Petitioner filed a petition for writ of habeas corpus in the United States District Court for

22 the Northern District of California on June 26, 2023. (ECF No. 1.) On August 28, 2024, the

23 United States District Court for the Northern District of California issued an order transferring

24 the petition to this Court in light of the Ninth Circuit's recent decision in Doe v. Garland, 109

25 F.4th 1188 (9th Cir. 2024). (ECF No. 35.)

26    On September 16, 2024, this Court granted Petitioner leave to file a motion to amend the

27 petition to name a proper respondent. (ECF No. 41.) See Doe, 109 F.4th at 1197 ("Under Padilla,

28 [Petitioner] must name his immediate custodian, the Facility Administrator of GSA, as the

1

1    respondent to his petition."). On September 26, 2024, Petitioner filed a motion to amend the

2    petition to name the correct respondent. (ECF No. 42.)

3        The docket reflects Attorney Molly Anne Landon Friend as an attorney of record for

4    Respondents. On August 30, 2024, the Clerk of Court issued a notice directing Attorney Friend

5    to submit a petition to practice in the Eastern District of California. (ECF No. 37.) To date, the

6    Court has not been able to locate any record that Attorney Friend is admitted to the Bar of this

7    Court. Local Rule 180 governs admission of attorneys to practice before this Court. "Admission

8    to and continuing membership in the Bar of this Court are limited to attorneys who are active

9    members in good standing of the State Bar of California." L.R. 180(a). Each applicant for

10   admission must present to the Clerk a Petition by Attorney for Admission to Practice before the

11   Eastern District which complies with the requirements of Local Rule 180(a).

12       IT IS HEREBY ORDERED that:

13   1.  Within seven (7) days of the date of service of this order, Attorney Friend SHALL submit

14       a petition to practice in the Eastern District of California or file a notice of substitution of

15       counsel;

16   2.  Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE

17       a response to Petitioner's motion to amend; and

18   3.  The Clerk of Court is DIRECTED to SERVE a copy of this order on the Office of the

19       United States Attorney for the Eastern District of California.

20

21   IT IS SO ORDERED.

22       Dated:   **October 1, 2024**        /s/ Erica P. Grosjean
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28