# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR GONZALEZ CHAVEZ,<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Respondents. | Case No. 1:24-cv-01032-EPG-HC<br><br>ORDER DIRECTING ATTORNEY FRIEND TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE PETITION TO PRACTICE IN EASTERN DISTRICT OR FILE NOTICE OF SUBSTITUTION OF COUNSEL AND FOR FAILURE TO FILE A RESPONSE TO MOTION TO AMEND<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON OFFICE OF THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner Eliazar Gonzalez Chavez, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California on June 26, 2023. (ECF No. 1.) On August 28, 2024, the United States District Court for the Northern District of California issued an order transferring the petition to this Court in light of the Ninth Circuit's recent decision in Doe v. Garland, 109 F.4th 1188 (9th Cir. 2024). (ECF No. 35.) On September 16, 2024, this Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. (ECF No. 41.) On September 26, 2024, Petitioner filed a motion to amend the petition to name the correct respondent. (ECF No. 42.)

|  |  |
|---|---|
| 1 | On August 30, 2024, the Clerk of Court issued a notice directing Attorney Molly Anne Landon Friend, counsel for Respondents, to submit a petition to practice in the Eastern District of California. (ECF No. 37.) As the Court had not been able to locate any record that Attorney Friend is admitted to the Bar of this Court, on October 1, 2024, the Court ordered Attorney Friend to submit a petition to practice in the Eastern District of California or file a notice of substitution of counsel within seven days. (ECF No. 44.) The Court further direct Respondent to file a response to Petitioner's motion to amend within fourteen days. (Id.) |

To date, the Court had not been able to locate any record that Attorney Friend is admitted to the Bar of this Court. Further, no response to the motion to amend has been filed, and the time for doing so has passed. Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of service of this order, Attorney Friend SHALL SHOW CAUSE why sanctions should not be imposed for failure to obey the Court's October 1, 2024 order.

IT IS SO ORDERED.

Dated:   **October 21, 2024**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2