# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR GONZALEZ CHAVEZ,<br><br>  Petitioner,<br><br>  v.<br><br>MOISES BECERRA, et al.,<br><br>  Respondents. | Case No. 1:24-cv-01032-EPG-HC<br><br>ORDER DISCHARGING OCTOBER 21, 2024 ORDER TO SHOW CAUSE<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S MOTION TO AMEND |

Petitioner Eliazar Gonzalez Chavez, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California on June 26, 2023. (ECF No. 1.) On August 28, 2024, the United States District Court for the Northern District of California issued an order transferring the petition to this Court in light of the Ninth Circuit's recent decision in Doe v. Garland, 109 F.4th 1188 (9th Cir. 2024). (ECF No. 35.) On September 16, 2024, this Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. (ECF No. 41.) On September 26, 2024, Petitioner filed a motion to amend the petition to name the correct respondent. (ECF No. 42.)

On August 30, 2024, the Clerk of Court issued a notice directing Attorney Molly Anne Landon Friend, counsel for Respondents, to submit a petition to practice in the Eastern District

1

of California. (ECF No. 37.) As the Court had not been able to locate any record that Attorney Friend is admitted to the Bar of this Court, on October 1, 2024, the Court ordered Attorney Friend to submit a petition to practice in the Eastern District of California or file a notice of substitution of counsel within seven days. (ECF No. 44.) The Court further direct Respondents to file a response to Petitioner's motion to amend within fourteen days. (Id.) On October 21, 2024, the Court ordered Attorney Friend to show cause why sanctions should not be imposed in light of the failure to comply with the Court's October 1, 2024 order. (ECF No. 45.)

On October 26, 2024, Respondents filed a designation of counsel, requesting that Assistant U.S. Attorney Michelle Rodriguez be added as lead counsel of record for Respondents. (ECF No. 46.)

Accordingly, IT IS HEREBY ORDERED that:

1. The October 21, 2024 order to show cause (ECF No. 45) is DISCHARGED; and
2. Within seven (7) days of the date of service of this order, Respondents SHALL FILE a response to Petitioner's motion to amend (ECF No. 42).

IT IS SO ORDERED.

Dated:  **October 29, 2024**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE