# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR GONZALEZ CHAVEZ,<br><br>　　　Petitioner,<br><br>　　v.<br><br>MINGA WOFFORD,<br><br>　　　Respondent. | Case No. 1:24-cv-01032-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S EMERGENCY MOTION TO STAY REMOVAL |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 5, 2025, the Court granted the petition for writ of habeas corpus in part and ordered that a bond hearing before an immigration judge be held within fourteen days. (ECF No. 54.) On March 14, 2025, the Court granted Petitioner's motion for extension of time and ordered that the bond hearing be held on or before April 11, 2025. (ECF No. 59.)

On April 10, 2025, Petitioner filed the instant emergency motion to stay removal. (ECF No. 60.) Therein, counsel for Petitioner informs the Court that an immigration judge ("IJ") scheduled a bond hearing for April 9, 2025. At the hearing, the IJ informed counsel that Petitioner was not at Golden State Annex. The IJ indicated that he needed to comply with this Court's order and held the bond hearing despite Petitioner's absence and multiple objections from counsel. The IJ denied bond. Despite repeated efforts, counsel has been unable to obtain any information about Petitioner's location. (Id. at 1–2.)

Accordingly, IT IS HEREBY ORDERED that Respondent SHALL FILE a response to Petitioner's emergency motion (ECF No. 60) no later than April 15, 2025.  In addition to responding to Petitioner's motion for stay of removal, Respondent shall disclose Petitioner's current location in the response or explain why it cannot do so.[1]

IT IS SO ORDERED.

Dated:   **April 10, 2025**              /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not setting a hearing on the motion at this time, but may do so after reviewing the parties' submissions.

2